Argued February 22, reversed March 20, 1978

JAMES TIDWELL, *Petitioner,*

*v.*

OREGON STATE CORRECTIONAL INSTITUTION, *Respondent.*

(No. 531, CA 9361)

576 P2d 43

Gary D. Babcock, Public Defender, argued the cause and filed the brief for petitioner.

Melinda L. Bruce, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Reversed. *Carroll v. OSP* (CA 9160), 33 Or App 183, 575 P2d 173 (1978).